| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Sheilah Cahill | REPORTER/TAPE NO.<br>FTR 6/25/07 10:02:16-10:08:28 |
|---|---|---|

| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>June 25, 2007 | ☐ NEW CASE | CASE NUMBER<br>4-07-70327 WDB |
|---|---|---|---|

### APPEARANCES

| DEFENDANT<br>Alexander Vasquez Valentin | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>William P. Daley substituting in for AFPD | ☐ PD.<br>☐ APPT.<br>☒ RET. |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Michelle Morgan-Kelley | INTERPRETER<br>Monique Iciarte (Spanish/sworn) | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Amelia Berthelsen | |
|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☒ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ STATUS |
| ☒ | I.D. COUNSEL | ☒ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
JUN 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY<br>$ | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
|---|---|---|
| ☐ CASH   $ | ☐ CORPORATE SECURITY | ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 7/18/07 in SF | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>Nandor Vadas | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMO VAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

William P. Daley substituted in as retained counsel; AFPD John Paul Reichmuth relieved as counsel for defendant.  AFPD has provided some discovery to counsel and will provide the rest ASAP. Counsel stipulate to continue the matter to 7/18/07; stipulation signed in court.   Government has not received any information from I.C.E. re immigration status and due to number of aliases used by the defendant infers that defendant is not here lawfully.  Defense counsel can bring matter before the court sooner that 7/18/07 if there is a possibility for release.

COPIES SENT TO: WDB stats; NV; Wings

DOCUMENT NUMBER: