AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-filing

---OFFENSE CHARGED---

21 U.S.C. Section 841(a)(1) - Distribution of Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 yrs. mandatory minimum, lifetime maximum imprisonment; $4,000,000 fine; 5 yrs. minimum, lifetime maximum supervised release and $100 special assessment

---DEFENDANT - U.S.---

► ALEXANDER VASQUEZ VALENTIN a/k/a Saul Delgadillo

**DISTRICT COURT NUMBER**
CR07-0443 CW

---DEFENDANT---

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

---PROCEEDING---

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
4:07-70327wdb

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   MICHELLE MORGAN-KELLY, AUSA

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

v.

ALEXANDER VASQUEZ VALENTIN,
a/k/a Saul Delgadillo

E-filing

CR07-00443 CW

FILED 2007 JUL 12 PM 1:06

DEFENDANT.

---

# INDICTMENT

21 U.S.C. Section 841(a)(1) - Distribution of Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____

_____ Clerk

Bail, $ No process

_____ 7-12-07

1 | SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

FILED
2007 JUL 12 PM 1:06

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR07-00443 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: |
| v. | ) | 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| | ) | |
| ALEXANDER VASQUEZ VALENTIN, | ) | OAKLAND VENUE |
| a/k/a Saul Delgadillo, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine)

On or about April 4, 2007, in the Northern District of California, the defendant,

ALEXANDER VASQUEZ VALENTIN,

did knowingly and intentionally distribute a Schedule II controlled substance, namely,

//

//

INDICTMENT

1  approximately 107.9 grams of methamphetamine (actual), in violation of Title 21, United States
2  Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

3
4  DATED: 7/12/2007                                    A TRUE BILL.

5                                                     /s/ _____
                                                      FOREPERSON
6  SCOTT N. SCHOOLS
   United States Attorney
7
   /s/ _____
8  W. DOUGLAS SPRAGUE
   Chief, Oakland Branch
9
10  (Approved as to form: /s/ _____
                          AUSA Morgan-Kelly)
11

INDICTMENT