SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510)637-3705
    Fax:  (510)637-3724
    Email: michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 07 00443 CW |
|     Plaintiff, ) | ORDER AND STIPULATION FOR |
| ) | CONTINUANCE FROM JULY 18, 2007 |
|     v. ) | THROUGH JULY 25, 2007 AND |
| ) | EXCLUDING TIME FROM THE SPEEDY |
| ALEXANDER VASQUEZ VALENTIN, ) | TRIAL ACT CALCULATION (18 U.S.C. § |
| a/k/a Saul Delgadillo, ) | 3161(h)(8)(A)) |
| ) | |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a detention hearing on July 25, 2007 at 10:00 A.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 18, 2007 through July 25, 2007.  The parties agree, and the Court finds and holds, as follows:

    1. The parties appeared before the Court for in this matter on July 18, 2007 for a status hearing.  Defense counsel is currently reviewing discovery and discussing it with defendant.

    2. Accordingly, the matter was set for July 25, 2007 at 10:00 a.m. before the Honorable Wayne D. Brazil for a detention hearing, and the same date at 2:00 p.m. before the Honorable Claudia Wilken for status.

    3. The parties requested an exclusion of time under the Speedy Trial Act for the period from July 18, 2007 through July 25, 2007.  The defendant agrees to an exclusion of time under

the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

4. After consideration of this matter, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from July 18, 2007 through July 25, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a detention hearing on July 25, 2007, at 10:00 A.M., and a status hearing on July 25, 2007, at 2:00 P.M., and (2) orders that the period from July 18, 2007 through July 25, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO STIPULATED:

DATED:   7/23/07                       /s/
                                       WILLIAM DALEY
                                       Attorney for Defendant


DATED:   7/20/07                       /s/
                                       MICHELLE MORGAN-KELLY
                                       Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____                  _____
                                       THE HONORABLE WAYNE D. BRAZIL
                                       United States Magistrate Judge