| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:58-10:03 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | DATE<br>July 18, 2007 | ☐ NEW CASE | CASE NUMBER<br>CR07-0443 CW |

**APPEARANCES**

| DEFENDANT<br>Alexander Valentin | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>William Daley | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Michelle Morgan-Kelly | INTERPRETER<br>Melinda Basker - Spanish | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ OR ARRAIGNMENT | ☐ BOND POSTING/SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING Not Held | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                    REAL PROPERTY:

| ☐ CASH | ☐ CORPORATE SECURITY | ☐ | |
|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| TO: 7-25-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>WDB | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

**ADDITIONAL PROCEEDINGS**

OT 7/25/07 @ 2:00p.m. before CW for mos and trial setting

COPIES SENT TO: Gloria, Ivy; Sheilah

DOCUMENT NUMBER: