SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

ANDREW S. HUANG (CSBN193730)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3703
FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No  CR 07-00443 CW |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEYS |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER VASQUEZ VALENTIN, | ) | |
| a/k/a Saul Delgadillo, | ) | |
| | ) | |
| Defendant. | ) | |

Please take notice that as of July 27, 2007, the Assistant U.S. Attorney whose name,

address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney ANDREW S. HUANG
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3703

DATED:  July 27, 2007                    Respectfully submitted,

United States Attorney

_____
                /S/
ANDREW S. HUANG
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a
"conformed" signature (/S/) within this e-filed document.

[CR 07-00443 CW]