UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillmen
**Date:** 7/25/07

**Plaintiff:**  United States

**v.**                                                         **No.**  CR-07-00443 CW

**Defendant:**  Alexander Valentin (present - In Custody/interpreter used)

**Appearances for Plaintiff:**
Sashi Kewalramani

**Appearances for Defendant:**
William Daley

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Trial Setting

**Notes:**    This was the defendant initial appearance before District Judgment.  Defense is still investigating matter.  Government has provided discovery.  Any motions should be noticed for 8/22/07.  **Case continued to 8/22/07 at 2:00 p.m. for motions hearing or trial setting or disposition.**  Time excluded for effective preparation of counsel.

Copies to: Chambers