UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 8/22/07

**Plaintiff:** United States

**v.**                                          **No.** CR-07-00443 CW

**Defendant:** Alexander Valentin (present - in custody
                                     interpreter used)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
William Daley

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:** Motions Hearing or Trial Setting or Disposition

**Notes:**    Defense counsel still investigating case.  Defense counsel received plea offer on Monday, but has not been able to present the offer to the defendant but will by next Monday.  **Case continued to 9/5/07 at 2:00 p.m. for disposition or trial setting.**  Defense does not think there will be any motions but will have any on file by 9/5. Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers