UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 9/5/07

**Plaintiff:** United States

**v.**                                           **No.** CR-07-00443 CW

**Defendant:** Alexander Valentin (present - in custody interpreter used)

**Appearances for Plaintiff:**
Andrew Huang

**Appearances for Defendant:**
William Daley

**Interpreter:**
Ines Swaney (Spanish)

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:** Motions Hearing or Trial Setting or Disposition

**Notes:** Defense has copy of plea agreement to present to his client on Friday with translator and think case will be resolved by next week. Defense has no motions to bring. **Case continued to 9/12/07 at 2:00 p.m. for Change of Plea.** Government to submit proposed plea agreement to Court and Court will exclude time.

Copies to: Chambers