UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

The Honorable Claudia Wilken, Presiding
Clerk: Sheilah Cahill
Court Reporter: Raynee Mercado
Date: 9/12/07

FILED
SEP 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Plaintiff: United States

v.                                                          No. CR-07-00443 CW

Defendant: Alexander Valentin (present - in custody
                                 interpreter used)

Appearances for Plaintiff:
Andy Huang

Appearances for Defendant:
William Daley

Interpreter:
Hiram Torres (Spanish)

Probation Officer:


Speedy Trial Date:


Hearing: Change of Plea

Notes:   Defendant enters under oath Rule 11(c()1)(A) and (B) plea of guilty to the single count indictment charging distribution of methamphetamine in violation of 21 USC (841(a)(1) and 841(b)(1)(A)(viii). Plea Agreement filed (two plea agreements were filed since changes were made to the draft plea agreement which was previously translated to defendant by a different interpreter). Court finds factual basis for plea; Court accepts plea. **Judgment and sentencing set for 11/28/07 at 2:00 p.m.**

Copies to: Chambers; probation