UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

SEP 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-07-00443 CW

Defendant's Name: Alexander Valentin

Defense Counsel: William Daley

Referral Date: 9/12/07

Sentencing Date: 11/28/07 @ 2:00 pm

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? No  Spanish

cc: U. S. Probation