UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
NOV 2 ... 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 11/28/07

**Plaintiff:** United States

v.                                        **No.** CR-07-00443 Cw

**Defendant:** Alexander Valentin (present - in custody
                                       interpreter used)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
William Daley

**Interpreter:**
Carol Glasser (Spanish)

**Probation Officer:**
Constance Cook

**Hearing:** Judgment and Sentencing

**Notes:**    Defendant and counsel have read PSR. Defense has two factual objections to the PSR re knowingly employing minor in transaction and full disclosure re safety valve. Court finds the defendant did use son to assist in transaction and that the defendant did not truthfully cooperate with government. Court finds Offense Level 31 and Criminal History I, as found in the PSR, leading to a Guideline Range of 120-135 months. The mandatory minimum falls within that range. The Court sentences the defendant to 120 months custody to be followed by 5 years probation under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed due to lack of ability to pay a fine. Defendant to pay $100 special assessment due immediately, but may be paid through the defendant's participation in the Bureau of Prisons' Inmate Financial Responsibility program at the rate of $25 per quarter. The Court will recommend placement as close to Modesto, CA as possible. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers