IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER VASQUEZ VALENTIN,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.
                                        /

No. C 08-05508 CW
CR 07-00443 CW

ORDER TO SHOW CAUSE

    Movant, a federal prisoner currently incarcerated at Taft Federal Correctional Institute filed this motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Good cause appearing, the Court hereby issues the following orders:

    1.  The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2.  Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

    3.  If Movant wishes to respond to the answer, he shall do so

by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

    IT IS SO ORDERED.

Dated: 12/15/08



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

ALEXANDER VASQUEZ VALENTIN et al,

        Defendant.

Case Number: CV08-05508 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexander Vasquez Valentin 98219-111
Taft Correctional Institution
P.O. Box 7001/A3C
Taft, CA 93268

Andrew Suian Huang              (Certified # 7002 3150 0001 6966 8297)
United States Attorney's Office
Criminal Division
1301 Clay Street
Suite 340S
Oakland, CA 94612

Attorney General                 (Certified # 7002 3150 0001 6966 8303)
U.S. Department of Justice
Washington, DC 20530

Dated: December 15, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk